Leigh A. BOTTING Plaintiff— Appellant

v.

TACO BELL CORPORATION Defendant—Appellee

No. 99–5864.

United States Court of Appeals, Sixth Circuit.

June 11, 2001.

Before RALPH B. GUY, JR., NORRIS, GILMAN, Circuit Judges.

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court. It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon its opinion.